

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00021-CR

| | | |
|---|---|---|
| KENVANTE DESHUN GATEWOOD AKA KENVANTE DESHAWN GATEWOOD, Appellant | § § § | On Appeal from the 396th District Court of Tarrant County (1499235D) |
| v. | § | September 27, 2018 |
| | § | Per Curiam |
| THE STATE OF TEXAS | § | (nfp) |

**JUDGMENT**

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. The judgment is modified to reduce the amount of reparations owed by Gatewood by $80.00 for a total of $360.00, which must also be reflected in the incorporated order to withdraw funds from Gatewood's inmate trust account. We also modify the trial court's judgment to delete the $1,000.00 fine, which must also be removed from the incorporated order to withdraw

funds from Gatewood's inmate trust account.  It is ordered that the judgment of the trial court is affirmed as modified.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM